UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. GORBEY,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>WARDEN, USP COLEMAN 1,<br><br>　　　　　Respondent. | Case No. 2:23-cv-10043-MCS (PD)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed without prejudice.

DATED: March 18, 2024

　　　　　　　　　　　　　　　　　　_Mark C. Scarsi_
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE MARK C. SCARSI
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE