**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL S. GORBEY,

              Petitioner,

    v.

WARDEN USP COLEMAN 1,

              Respondent.

Case No. 2:23-cv-10043-MCS (PD)

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: March 18, 2024

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE